IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THEODORE BRIGGS,** | : | Civil No. 3:21-cv-0911 |
| **Plaintiff,** | : | |
| v. | : | |
| **SMU COUNSELOR, et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

AND NOW, this 23rd day of September, 2021, upon review of the report and recommendation (Doc. 8) issued by the magistrate judge that recommends re-opening this case based upon the plaintiff's showing of diligence in complying with the court's administrative order, IT IS HEREBY ORDERED as follows:

1. The report and recommendation (Doc. 8) is ADOPTED;

2. Plaintiff's pro se motion for reconsideration (Doc. 7) is GRANTED;

3. The court's dismissal order (Doc. 4) is VACATED;

4. The Clerk of Court is directed to re-open this case; and

5. This matter is remanded to the magistrate judge for further proceedings.

                                                      s/Sylvia H. Rambo
                                                      United States District Judge