IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THEODORE BRIGGS,** | : Civil No. 3:21-cv-0911 |
| **Plaintiff,** | : |
| v. | : |
| **SMU COUNSELOR, et al.,** | : |
| **Defendants.** | : Judge Sylvia H. Rambo |

## O R D E R

AND NOW, this 6th day of April, 2022, upon consideration of the magistrate judge's Report and Recommendation (Doc. 13), and noting that no objections have been timely filed, IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation is ADOPTED;

2) This action is DISMISSED WIHTOUT PREJUDICE for failure to timely perfect service under Rule 4(m) of the Federal Rules of Civil Procedure; and

3) The Clerk of Court is DIRECTED to mark this case as CLOSED; and

4) Any appeal taken from this order shall be deemed frivolous and not in good faith.

s/Sylvia H. Rambo
United States District Judge